**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 09-6632**

—————————

SERGEY SHISHKIN,

                    Plaintiff – Appellant,

          v.

ANGELO DWYER, Immigration Officer, IEA; ERICKA DURAN,
Deportation Officer; IMMIGRATION AND CUSTOMS ENFORCEMENT;
GEORGE SNYDER, Warden of Rivers Correctional Institution;
FEDERAL BUREAU OF PRISONS; DOE, JOHN, said name being
fictitious, it being the intention of plaintiff to designate
any and all ICE, BOP, Rivers Officers being responsible for
actions described,

                    Defendants – Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
Senior District Judge.  (5:08-hc-02152-H)

—————————

Submitted:  October 5, 2009          Decided:  October 15, 2009

—————————

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Sergey Shishkin, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sergey Shishkin, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shishkin v. Dwyer, No. 5:08-hc-02152-H (E.D.N.C. Mar. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED